UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF ROD WILLHOFT, ET AL. | CIVIL ACTION NO.: 21-01655, c/w 21-2042, c/w 220567 (Applies to: ALL CASES) |
| *c/w* | |
| ROD AND LESLIE WILLHOFT, ET AL. | SECTION "T" |
| *c/w* | JUDGE GREG GERARD GUIDRY |
| COLLIN ALEXANDER | MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT |
| *versus* | |
| NORFOLK SOUTHERN RAILWAY COMPANY, ET AL. | |

**JOINT STATUS REPORT**
**(PURSUANT TO DOC. 77)**

NOW COMES, through their respective undersigned counsel: Petitioner Sea Fox Boat; Petitioner, Plaintiff, and Defendant-in-Counterclaim Rod Willhoft; Plaintiff and Defendant-in-Counterclaim Leslie Willhoft; Plaintiff and Defendant-in-Counterclaim James Fisackerly III; Plaintiff and Defendant-in-Counterclaim Kerry Portie; Claimant Sarah Broussard; Plaintiff and Third-Party Defendant Collin Alexander; Claimants, Defendants, and Third-Party Plaintiffs Norfolk Southern Railway Company, Alabama Great Southern Railroad Company, and Norfolk Southern Corporation; Third-Party Defendant No Wake Zone, LLC d/b/a T Rivers Bar & Grill; and Third-Party Defendant Tchefuncte Steak and Seafood, LLC, d/b/a Anchor and/or Tchefuncte's Restaurant, who, pursuant to this Honorable Court's Scheduling Order entered on May 26, 2022 (Doc. 77), provide this Joint Status Report, as follows:

{S0347506.1}

1. **A listing of all the parties and counsel who represent the parties:**

   Paula M. Wellons
   Jared A. Davidson
   Sarah M. Kalis
       of
   Taylor, Wellons, Politz & Duhe APLC
   1555 Poydras Street, Suite 2000
   New Orleans, Louisiana 70112
   Telephone:  (504) 525-9888
   *Counsel for Petitioner, Rod Willhoft, as owner of the Sea Fox Boat, and as Defendant-in-Counterclaim, and Defendant-in-Counterclaim Leslie Willhoft*

   Randall A. Smith
   J. Geoffrey Ormsby
   Dylan T. Leach
       of
   Smith & Fawer, LLC
   201 St. Charles Avenue, Suite 3702
   New Orleans, Louisiana 70170
   Telephone:  (504) 525-2200
   *Counsel for Plaintiff, Rod Willhoft; and Plaintiffs and Defendants-in-Counterclaim, Leslie Willhoft, James Fisackerly III, and Kerry Portie*

   J. Christopher Zainey, Jr.
   Brian J. Mersman
   Hugh P. Lambert
   Jacki L. Smith
       of
   Lambert Zainey Smith & Soso, PLC
   701 Magazine Street
   New Orleans, Louisiana 70130
   Telephone:  (504) 581-1750
   *Counsel for Claimant, Third-Party Plaintiff, and Third-Party Defendant, Sarah Broussard*

   Vincent F. Wynne, Jr.
   R. Gary Higgins, Jr.
   Shannon K. Lowry
       of
   Wynne & Goux, LLC
   410 North Jefferson Avenue
   Covington, Louisiana 70433
   Telephone:  (985) 898-0504
   *Counsel for Plaintiff, Collin Alexander*

David A. Strauss
Alexander A. Lauricella
Shannon Sale
    of
Strauss Massey Dinneen, LLC
935 Gravier Street, Suite 1450
New Orleans, Louisiana 70112
Telephone: (504) 380-0290
*Counsel for Third-Party Defendant, Collin Alexander*

Miles P. Clements
Patrick A. Talley, Jr.
R. Harrison Golden
    of
Phelps Dunbar, LLP
Canal Place
365 Canal Street, Suite 2300
New Orleans, Louisiana 70163-2300
Telephone: (504) 566-1311
*Counsel for Claimants, Defendants, Plaintiffs-in-Counterclaim and Third-Party Plaintiffs, Norfolk Southern Railway Company, Norfolk Southern Corporation, and Alabama Great Southern Railroad Company*

Sidney W. Degan, III
Philip C. Brickman
    of
Degan Blanchard & Nash
400 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone: (504) 529-3333
*Counsel for Third-Party Defendant, No Wake Zone, LLC d/b/a T Rivers Bar & Grill*

Roy L. Schroeder
    of
Schafer & Schafer LLP
328 Lafayette Street
New Orleans, Louisiana 70130
Telephone: (504) 522-0011
*Counsel for Third-Party Defendant, Tchefuncte Steak and Seafood, LLC d/b/a Anchor and/or Tchefuncte's Restaurant*

David K. Persons
    of
Hailey, McNamara, Hall, Larmann & Papale, LLP
One Galleria Blvd., Suite 1400
Metairie, Louisiana 70001
Telephone: (504) 836-6500

*Counsel for the Estate of Rod W. Willhoft, II*

2. **A listing of any motions pending for decision in the case, the date any motion was submitted for decision or is set for hearing, and indication of whether oral argument was previously or shall be requested on the motion, and an indication whether an evidentiary hearing shall be needed on the motion, such as in class action certification proceedings.**

There are currently four (4) motions to dismiss:

- Doc. 37 – Motion To Dismiss The *Third-Party Complaint* Of The Alabama Great Southern Railroad re: rec. doc. 11, filed by Tchefuncte Steak and Seafood, LLC on March 25, 2022;

- Doc. 39 – Motion to Dismiss for Failure to State a Claim *Third Party Complaint of Sarah Broussard*, filed by No Wake Zone, LLC on April 11, 2022;

- Doc. 40 – Motion to Dismiss for Failure to State a Claim *Third Party Complaint of Alabama Great Southern Railroad Company and Norfolk Southern Railroad Company*, filed by No Wake Zone, LLC on April 11, 2022; and

- Doc. 42 – Motion To Dismiss The *Third Party Complaint of Sarah Broussard* filed by Tchefuncte Steak and Seafood LLC on April 12, 2022.

Each of the foregoing motions was submitted for decision on May 11, 2022, without any request for oral argument. No evidentiary hearing is needed on any of the foregoing motions.

3. **The dates and times of any status conference, pretrial conference, and trial set in the case; a statement as to whether the case is jury or non-jury; and the number of expected trial days.**

No status conference is presently set in the case. A Final Pretrial Conference will be held by telephone on Wednesday, March 1, 2023, at 2:00 p.m. Trial of this matter is scheduled to commence the week beginning Monday, March 23, 2023, at 9:30 a.m., and is estimated to last for fourteen (14) days. Plaintiffs Rod Willhoft, Leslie Willhoft, James Fisackerly III, and Kerry Portie, and Plaintiff Collin Alexander, have made timely jury demands as permitted pursuant to

Fed. R. Civ. Proc. 38 in connection with their state law claims brought under this Court's diversity jurisdiction. *See* First Amended and Restated Complaint (Doc. 10 in Civil Action No. 21-2042); *see also* Complaint (Doc. 1 in Civil Action No. 22-567).

**4. A brief description of the factual and legal issues underlying the dispute.**

On or about March 6, 2021, Rod Willhoft II, James Fisackerly III, Kerry Portie, Sarah Broussard, and Collin Alexander were aboard a 2021 Sea Fox 248 Commander (hereinafter, "the Sea Fox")—a twenty-four-foot-long outboard runabout recreational motorboat—for recreational boating purposes. The Sea Fox was being used by Rod Willhoft II with the knowledge and permission of Rod Willhoft, who owned the boat. That afternoon, the group onboard the Sea Fox allegedly stopped by Tchefuncte Steak and Seafood LLC d/b/a the Anchor and No Wake Zone, LLC d/b/a T Rivers Bar & Grill. As the group was returning home around or shortly after sunset on March 6, 2021, the Sea Fox allided with an allegedly unlit pier on the bascule bridge, owned and/or operated by The Alabama Great Southern Railroad Company ("AGS"), and/or its parent company Norfolk Southern Railway Company ("NSRC") and/or its parent company Norfolk Southern Corporation ("NSC"), which spans across Lake Pontchartrain, a navigable waterway within the territorial boundaries of the State of Louisiana (hereinafter, "the Incident").

Who was operating the Sea Fox when the accident happened is in dispute. AGS/NSRC/NSC contend that at the time of the allision, the Sea Fox was being operated by Collin Alexander; Mr. Alexander disputes this. AGS/NSRC/NSC allege that the operator of the Sea Fox was intoxicated; this is also disputed.

Upon impact, Rod Willhoft II was ejected from the Sea Fox into Lake Pontchartrain, and his body was not recovered until the following day. Also, upon impact, Mr. Alexander, Ms. Broussard, Mr. Fisackerly, and Ms. Portie were allegedly knocked unconscious and sustained

severe bodily injuries as a result of the Incident. At all materials times, AGS, NSRC, and/or NSC maintained ownership and control over the bascule bridge, including the allegedly unlit pier at issue. This responsibility included, but was not limited to, ensuring that the bascule bridge and pier were equipped with operating lights, so as to be visible from an approaching vessel.

Mr. Willhoft, Mr. Fisackerly, Ms. Portie, Ms. Broussard, and Mr. Alexander contend that AGS, NSRC, and/or NSC failed to properly maintain and operate their bascule bridge and pier system with operating lights, which resulted in a hazard to navigation and an allision between the Sea Fox and the bascule bridge's pier, which proximately caused the fatality of Rod Willhoft II, as well as severe injuries to Mr. Alexander, Mr. Fisackerly, Ms. Broussard, and Ms. Portie.

Mr. Willhoft further contends that he should be exonerated from liability or his liability should be limited given his lack of knowledge of any alleged unseaworthiness of the Sea Fox prior to the subject allision. Mr. Willhoft further contends that the alleged injuries and damages resulting from the allision were not caused or contributed to by any fault, negligent, or lack of care of Mr. Willhoft or by the Sea Fox and further, that any alleged losses, injuries, damages, resulting from the allusion were incurred without Willhoft's privity or knowledge.

Leslie Willhoft contends there is no cause of action against her as she is not the registered owner of the Sea Box, nor did she exercise any control or authority over the purchase, maintenance, repair, or operation of the Sea Fox. AGS, NSRC, and NSC contend that the bascule bridge and pier system was properly lit in compliance with all laws and the allision was caused by Mr. Alexander's criminal conduct, Mr. Alexander's gross negligence in the operation of the Sea Fox, and the intoxication of the passengers on the Sea Fox. AGS, NSRC, and NSC further contend that any negligence by AGS, NSRC, and /or NSC (which negligence is expressly denied by those parties) was not the proximate cause of the fatality of Rod Willhoft II or the alleged injuries to Mr.

6

Alexander, Mr. Fisackerly, Ms. Broussard, and Ms. Portie.

The parents of Rod Willhoft II (Rod and Leslie Willhoft) have asserted wrongful death and survival claims under state law against AGS, NSRC, and NSC. Mr. Alexander, Mr. Fisackerly, and Ms. Portie have asserted both state law and general maritime law negligence claims against AGS, NSRC, and NSC. Ms. Broussard has asserted general maritime law negligence claims, including any and all applicable Louisiana state law claims, against AGS, NSRC, and NSC, as well as against No Wake Zone, LLC and Tchefuncte Steak and Seafood, LLC, Rod Willhoft (as owner of the Sea Fox Boat), the Estate of Rod Willhoft, II and Mr. Alexander. AGS, NSRC, and NSC have counterclaimed against the personal injury plaintiffs for property damage to its bridge, as well as alleged consequential damages, and made third-party demands against No Wake Zone, LLC, Tchefuncte Steak and Seafood, LLC, and any occupant of the Sea Fox not already a party to the various individual civil actions within this consolidated matter.

**5. A listing of any discovery that remains to be done.**

Formal discovery is in its nascent stages. Assuming that the parties are unable to resolve their claims in mediation, as discussed in section 6, the parties have exchanged initial disclosures, and some written discovery has been propounded. Following the exchange of initial written discovery, party depositions will need to be scheduled and conducted so that expert reports can be completed in accordance with the deadlines set forth in the Court's Scheduling Order. Following the issuance of written expert reports, or expert disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2)(C) (as may be applicable), the parties will be in a position to determine if expert depositions are necessary before trial.

**6. A description of the status of any settlement negotiations.**

The parties have agreed to attempt mediation with retired Magistrate Judge Daniel E.

Knowles, III before engaging in extensive discovery.

        Respectfully submitted,

        **SMITH & FAWER, LLC**

        */s/ Dylan T. Leach*
        **RANDALL A. SMITH, T.A. (No. 2117)**
        **J. GEOFFREY ORMSBY (No. 24183)**
        **DYLAN T. LEACH (No. 35879)**
        201 St. Charles Avenue, Suite 3702
        New Orleans, Louisiana 70170
        Telephone: (504) 525-2200
        Facsimile: (504) 525-2205
        rasmith@smithfawer.com
        gormsby@smithfawer.com
        dleach@smithfawer.com

        *Counsel for Plaintiff, Rod Willhoft; and Plaintiffs and Defendants-in-Counterclaim, Leslie Willhoft, James Fisackerly III, and Kerry Portie*

        **DEGAN, BLANCHARD & NASH**

        *By: /s/ Philip C. Brickman*
        Sidney W. Degan, III (#4804)
        Philip C. Brickman (#25586)
        400 Poydras Street, Ste. 2600
        New Orleans, LA 70130
        P: 504-529-3333
        F: 504-529-3337
        Email: sdegan@degan.com
           pbrickman@degan.com
        *Counsel for No Wake Zone LLC (d/b/a T Rivers Bar and Grill)*

        */s/ Sarah M. Kalis*
        Paula M. Wellons, La. Bar No. 19028
         pwellons@twpdlaw.com
        Jared A. Davidson, La. Bar No. 32419
         jdavidson@twpdlaw.com
        Sarah M. Kalis, La. Bar No. 37186
         skalis@twpdlaw.com
        TAYLOR, WELLONS, POLITZ & DUHE, LLC
        1555 Poydras Street, Suite 2000
        New Orleans, Louisiana 70112
        Telephone: (504) 525-9888

Facsimile: (504) 525-9899

*Counsel for Petitioner, Rod Willhoft as owner of the Sea Fox Boat and Defendant-in-Counterclaim, and Defendant-in-Counterclaim Leslie Willhoft*

*/s/ J. Christopher Zainey, Jr.*
J. Christopher Zainey, Jr. (LA Bar No. 32022)
Hugh P. Lambert (LA Bar No. 7933)
Jacki L. Smith (LA Bar No. 34769)
Brian J. Mersman, Esq. (LA Bar No. 38624)
Lambert Zainey Smith & Soso, APLC
701 Magazine Street
New Orleans, Louisiana 70130
Tel: (504) 581-1750
Fax: (504) 529-2931
czainey@lambertzainey.com
hlambert@lambertzainey.com
jsmith@lambertzainey.com
bmersman@lambertzainey.com
*Attorneys for Limitation Claimant / Third Party Plaintiff, Sarah Broussard*

WYNNE & GOUX,
ATTORNEYS AT LAW, L.L.C.

s/ *R. Gary Higgins, Jr.*

By: _____
VINCENT F. WYNNE, JR., LBRN 25309, T.A.
SHANNON K. LOWRY, LBRN 23160
R. GARY HIGGINS, JR., LBRN 36309
410 N. Jefferson Avenue
Covington, Louisiana 70433
Telephone: (985) 898-0504
Facsimile: (985) 898-0840
Email: vwynnejr@wgllawfirm.com
slowry@wgllawfirm.com
ghiggins@wgllawfirm.com
COUNSEL FOR PLAINTIFF,
COLLIN ALEXANDER

9


**SCHAFER & SCHAFER LLP**

*/s/ Roy L. Schroeder*
<u>328 Lafayette Street</u>
<u>New Orleans, Louisiana 70130</u>
<u>Telephone: (504) 522-0011</u>
<u>Fax: (504) 523-2795</u>
<u>Email: rschroeder@schafer-law.com</u>
<u>Counsel for Tchefuncte Steak And Seafood LLC</u>

**PHELPS DUNBAR LLP**

BY:   */s/ Miles P. Clements*
      Miles P. Clements (#4184)
      Patrick A. Talley (#1616)
      R. Harrison Golden (#38468)
      365 Canal Street • Suite 2000
      New Orleans, Louisiana 70130
      Telephone: (504) 566-1311
      Telecopier: (504) 568-9130
      miles.clements@phelps.com
      talleyp@phelps.com
      harris.golden@phelps.com

**ATTORNEYS FOR NORFOLK SOUTHERN RAILWAY COMPANY, NORFOLK SOUTHERN CORPORATION, AND THE ALABAMA AND GREAT SOUTHERN RAILROAD COMPANY**

*/s/ David A. Strauss*
DAVID A. STRAUSS, #24665
ALEX A. LAURICELLA, #37766
STRAUSS MASSEY DINNEEN LLC
935 Gravier Street, Suite 1250
New Orleans, Louisiana 70112
Telephone: (504) 380-0290
Facsimile: (504) 332-8434
dstrauss@smd-law.com
alauricella@smd-law.com

*Attorneys for Collin Alexander as Defendant*