UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: IN THE MATTER OF ROD WILLHOFT, ET AL** | * * * | **CIVIL ACTION NO. 2:21-cv-01655** **c/w 2:21-cv-02042 c/w 2:22-cv-00567** |
| **c/w** | * * | **SECTION: "T" (2)** |
| **ROD AND LESLIE WILLHOFT, ET AL** | * * | **JUDGE: GREG GERARD GUIDRY** |
| **c/w** | * * | **MAG. JUDGE: DONNA P. CURRAULT** |
| **COLLIN ALEXANDER** | * * | **PERTAINS TO:** ALL CASES |
| **VERSUS** | * * | |
| **NORFOLK SOUTHERN RAILWAY COMPANY, NORFOLK SOUTHERN CORPORATION, AND THE ALABAMA GREAT SOUTHERN RAILROAD COMPANY** | * * * * * | |

## ORDER OF PARTIAL DISMISSAL WITH PREJUDICE

CONSIDERING the foregoing Join Motion for Partial Dismissal with Prejudice of Plaintiff James Fisackerly, III, and Defendants, The Alabama Great Southern Railway Company, Norfolk Southern Corporation, and Norfolk Southern Railway Company, and for good cause shown (R. Doc. 93),

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all claims of Plaintiff, JAMES FISACKERLY, III, as against Defendants, The Alabama Great Southern Railway Company, Norfolk Southern Corporation, and Norfolk Southern Railway Company, are hereby dismissed with prejudice, with each party to bear his/their own costs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all claims of The Alabama Great Southern Railway Company, Norfolk Southern Corporation, and Norfolk

Southern Railway Company, as against JAMES FISACKERLY, III, are hereby dismissed with prejudice, with each party to bear his/their own costs, reserving all claims of The Alabama Great Southern Railway Company, Norfolk Southern Corporation, and Norfolk Southern Railway Company against any and all other parties.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all claims of The Alabama Great Southern Railway Company, Norfolk Southern Corporation, and Norfolk Southern Railway Company, as against any and all other parties are reserved.

SIGNED at New Orleans, Louisiana, this 14th day of December, 2022.

*[signature: Greg Grand Guidry]*

**HON. GREG G. GUIDRY**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**