UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: IN THE MATTER OF ROD WILLHOFT | CIVIL ACTION<br><br>NO: 21-1655 c/w 21-2042 c/w 22-567<br><br>SECTION: T (2)<br>**REF ALL CASES** |

## ORDER OF DISMISSAL

The Court having been advised by counsel for the consolidated plaintiff that all parties to this action and the consolidated actions have firmly agreed upon a compromise agreement,

**IT IS ORDERED** that this action and the consolidated actions are hereby dismissed without costs, but without prejudice to the right upon good cause shown, to reopen or to seek summary judgment enforcing the compromise if settlement is not consummated within sixty (60) days. During this sixty-day period, the Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

.

New Orleans, Louisiana, this 14th day of December 2022.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE