UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN THE MATTER OF THE COMPLAINT OF ROD WILLHOFT, ET AL.** | **CIVIL ACTION NO.: 21-01655, c/w 21-2042, c/w 220567** (Applies to: ALL CASES) |
| *c/w* | |
| | **SECTION "T"** |
| **ROD AND LESLIE WILLHOFT, ET AL.** | |
| | **JUDGE GREG GERARD GUIDRY** |
| *c/w* | |
| | **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |
| **COLLIN ALEXANDER** | |
| *versus* | |
| **NORFOLK SOUTHERN RAILWAY COMPANY, ET AL.** | |

**************************************************************************

## *EX PARTE*/UNOPPOSED MOTION TO EXTEND 60 DAY ORDER OF DISMISSAL

**NOW INTO COURT**, through their undersigned counsel, come Plaintiffs Rod and Leslie Willhoft, individually and as representatives of Decedent, Rod W. Willhoft, II, and Kerry Portie, who, after consultation with counsel of record for all remaining parties in the captioned and consolidated matters and no opposition therefrom, respectfully move this Honorable Court to extend its 60-day Order of Dismissal (Doc. 96), which would otherwise expire on February 13, 2023, by an additional fifteen (15) days through February 28, 2023. The Willhofts and Ms. Portie aver that this brief extension of the deadline is necessary to allow for the settlement to be consummated. Based on currently available information, settlement is anticipated to be fully consummated by February 17, 2023. The additional time will provide a cushion if any additional delays are experienced and will accommodate the Presidents Day and Mardi Gras holidays in the intervening week.

**WHEREFORE**, Plaintiffs Rod and Leslie Willhoft, individually and as representatives of Decedent, Rod W. Willhoft, II, and Kerry Portie, pray this Honorable Court grant this motion and extend its 60-day Order of Dismissal (Doc. 96), which would otherwise expire on February 13, 2023, by an additional fifteen (15) days through February 28, 2023.

Respectfully submitted,

**SMITH & FAWER, LLC**

*/s/ Dylan T. Leach*
RANDALL A. SMITH, T.A. (No. 2117)
J. GEOFFREY ORMSBY (No. 24183)
DYLAN T. LEACH (No. 35879)
201 St. Charles Avenue, Suite 3702
New Orleans, Louisiana 70170
Telephone: (504) 525-2200
Facsimile: (504) 525-2205
rasmith@smithfawer.com
gormsby@smithfawer.com
dleach@smithfawer.com

*Counsel for Plaintiffs, Rod and Leslie Willhoft, individually and as representatives of Decedent, Rod W. Willhoft, II, and Kerry Portie*