# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN THE MATTER OF THE COMPLAINT OF ROD WILLHOFT, ET AL.** | **CIVIL ACTION NO.: 21-01655, c/w 21-2042, c/w 220567** |
| *c/w* | **(Applies to: ALL CASES)** |
| **ROD AND LESLIE WILLHOFT, ET AL.** | **SECTION "T"** |
| *c/w* | **JUDGE GREG GERARD GUIDRY** |
| **COLLIN ALEXANDER** | **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |
| *versus* | |
| **NORFOLK SOUTHERN RAILWAY COMPANY, ET AL.** | |

**************************************************************************

## MOTION FOR DISMISSAL, WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Rod Willhoft, who hereby moves this Honorable Court to voluntarily dismiss his limitation action, with prejudice, with each party to bear their own respective costs.

Respectfully Submitted:

*/s/ Jared A. Davidson*
Paula M. Wellons, La. Bar No. 19028
pwellons@twpdlaw.com
Jared A. Davidson, La. Bar No. 32419
jdavidson@twpdlaw.com
Sarah M. Kalis, La. Bar No. 37186
skalis@twpdlaw.com
TAYLOR, WELLONS, POLITZ & DUHE, APLC
1555 Poydras Street, Suite 2000
New Orleans, Louisiana 70112
Telephone: (504) 525-9888
Facsimile: (504) 525-9899
***Attorneys for Complainant, Rod Willhoft***

## CERTIFICATE OF SERVICE

I certify that on June 29, 2023, a copy of this Dismissal was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*/s/ Jared A. Davidson*
TAYLOR, WELLONS, POLITZ, & DUHE