UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN THE MATTER OF THE COMPLAINT OF ROD WILLHOFT, ET AL.** | **CIVIL ACTION NO.: 21-01655, c/w 21-2042, c/w 220567 (Applies to: ALL CASES)** |
| *c/w* | |
| **ROD AND LESLIE WILLHOFT, ET AL.** | **SECTION "T"** |
| *c/w* | **JUDGE GREG GERARD GUIDRY** |
| **COLLIN ALEXANDER** | **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |
| *versus* | |
| **NORFOLK SOUTHERN RAILWAY COMPANY, ET AL.** | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the Motion for Order of Dismissal with Prejudice filed by plaintiff, Rod Willhoft (R. Doc. 99);

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's Limitation Action, be hereby dismissed, with prejudice, with each party to bear their own costs.

SIGNED on this __29th__ day of __June__, 2023, at New Orleans, Louisiana.

_____
**JUDGE GREG GERARD GUIDRY**